UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PULSE-LINK INCORPORATED, | ) | Civil No. 07cv2156-L(AJB) |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING JOINT MOTION** |
| | ) | **FOR EXTENSION OF TIME TO** |
| v. | ) | **RESPOND TO COMPLAINT** |
| | ) | |
| TZERO TECHNOLOGIES, | ) | |
| INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

On December 3, 2007 the parties filed a Joint Motion for Extension of Time to Respond to Complaint.  To obtain an extension of time to respond to complaint, the moving party must show good cause.  Civ. L. Rule 12.1.  The parties base their request on recent substitution of counsel for Defendant.  The court's docket at this time does not include any application for substitution of counsel.  Accordingly, the joint motion for extension of time to respond to complaint is **DENIED WITHOUT PREJUDICE**.  Should the parties renew their request, they shall include the initial due date for Defendant's response.

**IT IS SO ORDERED**.

DATED:  December 4, 2007

_____
M. James Lorenz
United States District Court Judge

07c2156

1   COPY TO:

2   HON. ANTHONY J. BATTAGLIA
3   UNITED STATES MAGISTRATE JUDGE

    ALL PARTIES/COUNSEL
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07c2156